IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PATEL D. VISHAL, Defendant. | 21-PO-5047-GF-JTJ VIOLATION: 9712202 Location Code: M13 ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $240 ($210 fine and $30 processing fee) for violation number 9712202. Payment is due on or before April 1, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS ALSO ORDERED that violation 9712202 is AMENDED to reflect a violation of 36 C.F.R. 2.34(a)(4), Disorderly Conduct.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for March 4, 2021, is VACATED.

DATED this 1st day of March, 2021.

_____
John Johnston
United States Magistrate Judge